# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMZA YALDIZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>U.S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br><br>　　　　Respondent. | Case No. EDCV 18-453-R (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed, and the Court served it on Petitioner at his address of record as well as his apparent current place of detention. He has not filed a change of address as required. See C.D. Cal. R. 41-6. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that the Petition is denied, Petitioner's request for appointment of counsel is denied, and Judgment be entered dismissing this action.

DATED: <u>January 30, 2019</u>

　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE