JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAMZA YALDIZ, | ) Case No. EDCV 18-453-R (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: <u>January 30, 2019</u>

MANUEL L. REAL
U.S. DISTRICT JUDGE